UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHAD BIANCO, et al.,<br><br>　　　　　　Defendants. | Case No. 5:19-cv-01260-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that:

　　1) Plaintiff's § 1983 official capacity claims against defendants: Chad Bianco ("Bianco"); Scot Collins; Lieutenant Boydd; Purcelli; Steve Taylor; Daniel Hedge; Lieutenant Campa; Sergeants Hill, Uriarte, Kafka ("Kafka"), and Curtner ("Curtner"); Corporals Crebar, Sappington, Harris ("Harris"), and Webb; and Deputies Rocha, Vernal, Martinez, Sanchez, Molina, Arteaga,

Scott, Conchas, and Deanda ("Individual Defendants") be DISMISSED WITH PREJUDICE and without leave to amend;

2) Plaintiff's unconstitutional takings claim be DISMISSED WITH PREJUDICE and without leave to amend; and

3) Plaintiff's § 1983 claims against Defendants Bianco, Kafka, Harris, and Curtner, in their individual capacities, be DISMISSED WITH PREJUDICE and without leave to amend.

Finally, the Court will issue a separate order regarding service of the remaining § 1983 claims in the SAC.

Dated: September 26, 2024

**JOSEPHINE L. STATON**
HONORABLE JOSEPHINE L. STATON
United States District Judge