**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>PLAINTIFF(S)<br>v.<br>CHAD BIANCO, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:19-cv-01260-JLS-SHK<br><br>**ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |

    A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

    IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| Defendant | | |
|---|---|---|
| (SEE ATTACHED) | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |

    Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

September 30, 2024

Date

United States Magistrate Judge

1. **County of Riverside (***3960 Orange Street, Suite 500, Riverside, CA 92501)*
   *official capacity*

2. **Riverside County Sheriff Department -RCSD** (*4095 Lemon St., Riverside, CA 92501)*
   *official capacity*

3. **Scot Collins, Chief Deputy at RCSD** *(4095 Lemon St., Riverside, CA 92501)*

   *individual capacity*

   <u>***Robert Presley Detention Center ("RPDC") Defendants***</u>*: (4000 Orange St. Riverside, CA 92501)*

4. **Steve Taylor,** *Correctional Lieutenant*
   *individual*
5. **Daniel Hedge,** *Facility Commander*
   *individual*
6. **Campa,** *Correctional Lieutenant,*
   *individual*
7. **Hill,** *Sergeant of the Classification Unit at RPDC*
   *Individual*
8. **Uriarte,** *Sergeant of the Classification Unit at RPDC*
   *Individual*
9. **Crebar**
   *individual capacity*
10. **Sappington,** *Correctional Corporal of the Classification Unit at RPDC individual*
11. **Webb,** *Corporal of the Classification Unit at RPDC*
    *individual*
12. **Rocha**
    *Individual*
13. **Vernal**
    *individual*
14. **Martinez**
    *individual*
15. **Sanchez**
    *individual*
16. **Molina**
    *individual*
17. **Arteaga**
    *individual*
18. **Scott**
    *Individual*
19. **Conchas**
    *individual capacity*
20. **Deanda**
    *individual capacity*

*Indio Jail*   *(82675 St. Hwy. 111 Indio, CA 92201)*
21. **Lt. Boydd**
    *individual*


22. **Keefe Group/Keefe Commissary Network LLC** *(10880 Lin Page Place, St. Louis, MO 63132)*
    *official capacity*

23. **Purcelli** *(10880 Lin Page Place, St. Louis, MO 63132)*
    *individual capacity*