AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| SALVADOR VENEGAS, | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  5:19-cv-01260-JLS-SHK |
| SEE ATTACHED | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Salvador Venegas
CDC BM0201
California State Prison - LAC
B4 - 110
P.O. Box 8457, Lancaster, CA 93539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        09/30/2024

*D. Castellanos*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:19-cv-01260-JLS-SHK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1. **County of Riverside (***3960 Orange Street, Suite 500, Riverside, CA 92501)*
   *official capacity*


2. **Riverside County Sheriff Department -RCSD** (*4095 Lemon St., Riverside, CA 92501)*
   *official capacity*

3. **Scot Collins, Chief Deputy at RCSD** *(4095 Lemon St., Riverside, CA 92501)*

   *individual capacity*

   ***Robert Presley Detention Center ("RPDC") Defendants****: (4000 Orange St. Riverside, CA*

   *92501)*
4. **Steve Taylor,** *Correctional Lieutenant*
   *individual*
5. **Daniel Hedge,** *Facility Commander*
   *individual*
6. **Campa,** *Correctional Lieutenant,*
   *individual*
7. **Hill,** *Sergeant of the Classification Unit at RPDC*
   *Individual*
8. **Uriarte,** *Sergeant of the Classification Unit at RPDC*
   *Individual*
9. **Crebar**
   *individual capacity*
10. **Sappington,** *Correctional Corporal of the Classification Unit at RPDC individual*
11. **Webb,** *Corporal of the Classification Unit at RPDC*
    *individual*
12. **Rocha**
    *Individual*
13. **Vernal**
    *individual*
14. **Martinez**
    *individual*
15. **Sanchez**
    *individual*
16. **Molina**
    *individual*
17. **Arteaga**
    *individual*
18. **Scott**
    *Individual*
19. **Conchas**
    *individual capacity*
20. **Deanda**
    *individual capacity*

_**Indio Jail**_   _(82675 St. Hwy. 111 Indio, CA 92201)_
21. **Lt. Boydd**
_individual_

22. **Keefe Group/Keefe Commissary Network LLC** _(10880 Lin Page Place, St. Louis, MO 63132)_
_official capacity_

23. **Purcelli** _(10880 Lin Page Place, St. Louis, MO 63132)_
_individual capacity_