UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, ET AL.,<br><br>    Defendants. | No. ED CV 19-1260-JLS(E)<br><br><br>ORDER ACCEPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that:  (1) the Motion to Dismiss of Defendant County of Riverside ("Defendant") as to Plaintiff's requests for injunctive relief and his Free Exercise claim based on access to a sweat lodge and spiritual advisors is granted and those portions of Plaintiff's Second Amended Complaint are dismissed without prejudice and without leave to amend; (2) Defendant's Motion to Dismiss as to all other grounds is denied; and (3) Defendant's Request

for Judicial Notice is granted. Within 28 days of the date of this Order, Plaintiff may file an amended complaint addressing only the deficiencies in his Free Exercise claim. Failure to timely amend will result in the dismissal of that claim with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Plaintiff and on all counsel of record.

DATED: September 9, 2025.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE