Bruce E. Disenhouse, SBN 078760
**Disenhouse Law APC**
Post Office Box 152
Riverside, California 92502
electronicservice@disenhouselaw.net
(951) 530-3710 - Phone
(951) 543-4239 - Fax

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood, APLC**
1881 S. Business Center Drive, Suite 9A
San Bernardino, California 92408
Christopher.Lockwood@AriasLockwood.com
(909) 890-0125 - Phone
(909) 890-0185 - Fax

Attorney for Defendants COUNTY OF RIVERSIDE (sued itself and as "RCSD"), MARCUS BOYDD, DIRK WEBB, SEAN CREBAR, ALFONSO CAMPA and LESLIE URIARTE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | CASE NO.: 5:19-cv-01260-JLS-E <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION TO COMPEL |

Good cause appearing it is ordered that Plaintiff shall serve complete responses without objection no later than ___Feb. 17, 2026___ to the following discovery requests:

- Boydd requests for production set 1
- Boydd interrogatories set 1
- Campa requests for production set 1
- Campa interrogatories set 1

1

- County requests for production set 1
- County interrogatories set 1
- Crebar requests for production set 1
- Crebar interrogatories set 1
- Uriarte requests for production set 1
- Uriarte interrogatories set 1
- Webb requests for production set 1
- Webb interrogatories set 1

Failure timely to do so may result in the imposition of drastic sanctions, including, without limitation, the dismissal of this action.


Dated: 1/20/2026

_____

United States Magistrate Judge