UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 19-1260-JLS(E) | Date | March 4, 2026 |
|---|---|---|---|

| Title | SALVADOR VENEGAS v. COUNTY OF RIVERSIDE, ET AL. |
|---|---|

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**
                None                                            None

**Proceedings:**          **(IN CHAMBERS)**

The Court has reconsidered <u>de novo</u> the Minute Order, filed February 17, 2026, in light of "Plaintiff's Opposition, etc.," filed March 2, 2026.

The Minute Order, filed February 17, 2026, remains in force.  The relief requested in "Plaintiff's Opposition, etc." is denied.

cc:     Judge Staton
        Plaintiff
        All Counsel of Record

Initials of Deputy Clerk  <u>bm</u>

CV-90 (06/04)                    Civil Minutes – General                    Page **1** of **1**