**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SALVADOR VENEGAS,

      Plaintiff,

  v.

COUNTY OF RIVERSIDE, ET AL.,

      Defendants.

No. ED CV 19-1260-JLS(E)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. section 636, the Court has reviewed the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: the Report and Recommendation is accepted and adopted; (2) the Motion to Dismiss is granted; and (3) Judgment shall be entered dismissing the action without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and on counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 6, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE