JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SALVADOR VENEGAS,

     Plaintiff,

    v.

COUNTY OF RIVERSIDE, ET AL.,

     Defendants.

No. ED CV 19-1260-JLS(E)

JUDGMENT

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  July 6, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE